FILED
JAN 28 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Julio Cesar Eiranda, Defendant. | Case No. CR 03-994-TJH  ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist. CA._ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on _Failure to Report; Failure to comply with previous pretrial terms'_

1    *Non Violation*

2

3 and/or

4 B.    ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on: _____

_____

_____

_____.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED:   1/28/10

*/s/ David T. Bristow*
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE